# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0057

VERSUS

DONALD EARL JOHNESE

**FEBRUARY 26, 2021**

---

In Re:    Donald Earl Johnese, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-20-01520.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT DENIED.**

JMG
PMc
WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT